# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: **212-465-1180**
Fax: **212-465-1181**
info@leelitigation.com

Writer's Direct:   212-465-1188
                   cklee@leelitigation.com

August 7, 2019

**<u>Via ECF</u>**

The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Jimenez et al. v. LX 1204 Jewelry Inc et al.*
            <u>Case No.: 19-cv-1908 (VSB)(OTW)</u>

Dear Judge Broderick:

      We are counsel to Plaintiff in the above referenced matter and respectfully submit this letter, jointly with counsel to Defendants, to request the Court to approve the parties' Proposed Stipulation and Order (the "Proposed Stipulation and Order") regarding, among other things, production of collective class list and mailing of collective certification notice. (Dkt. No. 25.) A copy of the Proposed Stipulation and Order is annexed as **Exhibit A**.

      We thank the Court for considering this matter.


Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties at ECF