# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Civil Case No.: 19-cv-1908
GREGORIO JIMENEZ
on behalf of himself and
FLSA Collective Plaintiffs,
    Plaintiff,          OFFER OF JUDGMENT
                    PURSUANT TO FEDERAL
-against-                RULE OF CIVIL PROCEDURE
                    68
LX 1204 JEWELRY INC.
LX NYC JEWELRY INC.
JIAN HAI LIU
a/k/a KEVIN LIU,
and HAI LEI XIA
a/k/a SAM LIU,
    Defendants.
-------------------------------------------------------------X

   TO PLAINTIFF GREGORIO JIMINEZ on behalf of himself and all FLSA Collective Plaintiffs and Plaintiffs' ATTORNEYS OF RECORD:

   Defendants LX 1204 JEWELRY INC. LX NYC JEWELRY INC. JIAN HAI LIU a/k/a KEVIN LIU, and HAI LEI XIA a/k/a SAM LIU, ("Defendants") hereby offer to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of Plaintiff GREGORIO JIMINEZ on behalf of himself and all FLSA Collective Plaintiffs ("Plaintiff") and against Defendants, jointly and severally, in the sum of $15,000.00 (fifteen thousand dollars) with the result that the total judgment amount, including all recoverable costs, fees and expenses, which Defendants shall be obligated to pay shall be $15,000.00. This shall be the total amount to be paid by Defendants on account of any liability claimed in this action, including all costs of suit and attorneys' fees otherwise recoverable in this action by Plaintiff and any and all relief prayed for in the Complaint (ECF#1, Prayer for Relief, ¶¶a-j).

If Plaintiff does not accept this offer, he may become obligated to pay Defendants' costs incurred after the making of this offer.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within ten (10) days of the date this offer is made.

This offer is not an admission of liability by the Defendants, but rather is made solely for the purpose of compromising a disputed claim.

Dated: New York, New York
April 14, 2020

                    CARBONARO LAW, PC
                    Attorneys for the Defendants
                    757 Third Avenue, 20th Floor
                    New York, New York 10017
                    (212) 888-5200
                    Fax: (212) 898-0394
                    Email: joe@jcarbonarolaw.com

By: _____
      Joseph W. Carbonaro