UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORIO JIMENEZ,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

         Plaintiff,

  -against-

LX 1204 JEWELRY INC, LX NYC JEWELRY INC., JIAN HAI LIU a/k/a KEVIN LIU, and HAI LEI XIA a/k/a SAM LIU,

         Defendants.

Case No.: 1:19-cv-1908-VSB

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants LX 1204 JEWELRY INC, LX NYC JEWELRY INC., JIAN HAI LIU a/k/a KEVIN LIU, and HAI LEI XIA a/k/a SAM LIU (collectively, "Defendants") having offered to allow Plaintiff GREGORIO JIMENEZ ("Plaintiff") to take a judgment against Defendants, jointly and severally, in this action for the total sum of Fifteen Thousand Dollars ($15,000.00), inclusive of attorneys' fees, expenses, and costs otherwise recoverable in this action by Plaintiff and any and all relief prayed for in the Complaint (Docket No. 1, Prayer for Relief, ¶¶a-j);

**WHEREAS**, on April 16, 2020, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' offer of judgment (Dkt. No. 60);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in the amount of $15,000.00 as against Defendants. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____, 2020      _____
     New York, New York                       VERNON S. BRODERICK
                                                    United States District Judge